Richard Salcido, SBN 078003
HUNTER, MOLLOY & SALCIDO, LLP
35 North Lake Avenue, Suite 670
Pasadena, California 91101
Telephone:   (626) 568-2500
Facsimile:   (626) 568-2800

Attorneys for Defendant,
Lippert Components, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY SHELTON, an individual,

                Plaintiff,

      vs.

HEARTLAND RECREATIONAL VEHICLES,
LLC, a limited liability company;
PROGRESSIVE HOUSING, INC., a
corporation; and LIPPERT COMPONENTS,
INC., a corporation,

                Defendants.

**CASE NO.:   5:16-CV-00334-PSG**

**APPLICATION TO ALLOW DEFENDANT LIPPERT COMPONENTS, INC.'S TELEPHONIC APPEARANCE AT THE APRIL 26, 2016 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

CMC Date:   April 26, 2016
Time:          10:00 a.m.
Dept.:         Courtroom 5

    Counsel for Defendant Lippert Components, Inc. hereby submits this application to request permission for counsel to appear telephonically at the Initial Case Management Conference currently scheduled for April 26, 2016 at 10:00 A.M. in Courtroom 5 of the above-captioned courthouse, pursuant to the Court's April 14, 2014 Order Setting a Further Case Management Conference.

    Counsel for Defendant Lippert Components, Inc. believes that his appearance by telephone will not impede the presentation of the matter for the Court's consideration. Further, this request is made on the grounds of economic efficiency to prevent Defendant from incurring

1    attorney fees for counsel's travel. It is respectfully requested that Counsel for Defendant Lippert

2    Components, Inc. be allowed to appear telephonically at the Conference.

3

4    Dated:        March 21, 2016                    Respectfully Submitted,

5                                                    Hunter, Salcido & Toms, LLP

6

7

8                                            By: _____

9                                                    Richard Salcido
                                                Attorneys for Defendant Lippert Components,
                                                Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR TELEPHONIC APPEARANCE

1

## <u>ORDER</u>

2   **FOR GOOD CAUSE SHOWN**, Defendant Lippert Components, Inc.'s application to appear

3   telephonically at the Initial Case Management Conference currently scheduled for April 26, 2016

4   at 10:00 A.M. in Courtroom 5 of the above titled Court via CourtCall, is HEREBY GRANTED.

5

6   IT IS SO ORDERED.

7

8   Dated:   3 / 30 / 2016

9   The Honorable Judge Paul S. Grewal
    Magistrate Judge of the United States District
10  Court for the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

REQUEST FOR TELEPHONIC APPEARANCE